THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Greg Gaines, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
J.C. Nicholson, Circuit Court Judge
 D. Garrison Hill, Post-Conviction Judge

Memorandum Opinion No. 2007-MO-016
Submitted March 6, 2007  Filed March 12, 2007

DISMISSED

 
 
 
Deputy Chief Attorney Wanda H. Carter, of the South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen Ratigan, all of the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
(PCR).
We deny the petition for a writ of certiorari as to petitioners Question II.  However, because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant the petition for a writ of certiorari as to Question I, and proceed with a review of the direct appeal issues pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Counsel for petitioner has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), and a petition to be relieved as counsel.  Petitioner has filed a pro se response.  After a thorough review of the record pursuant to Anders, we dismiss the appeal and grant the petition to be relieved as counsel.
DISMISSED.

 TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., concur. WALLER, J., not participating.